UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

ALEJANDRO ESPINOZA                        CASE NO.: 1:24-cv-21951-KMM
Plaintiff,

vs

 SOLSTICE MARKETING CONCEPTS LLC

A FOREIGN FOR-PROFIT CORPORATION

Defendant,

_____/

NOTICE OF SETTLEMENT

Plaintiff, ALEJANDRO ESPINOZA through undersigned attorney Diego G. Mendez, Esq. pursuant to the Federal Rules Civil Procedure files this Notice of Settlement with Defendant. Parties seek  30 days to finalize all settlement documentation and file a Notice of Voluntary Dismissal with Prejudice.

Respectfully Submitted:

                                               Mendez Law Offices, PLLC
                                               Attorneys for Plaintiff
                                               P.O. BOX 228630
                                               Miami, Florida 33172
                                               Telephone: 305.264.9090
                                               Facsimile: 1-305.809.8474
                                               Email:info@mendezlawoffices.com
                                               By: _____/s/_____
                                               DIEGO GERMAN MENDEZ, ESQ.
                                               FL BAR NO.: 52748

                                               Adams & Associates, P.A.
                                               Attorneys for Plaintiff
                                               6500 Cowpen Road, Suite 101
                                               Miami Lakes, FL  33014
                                               Telephone:  305-824-9800

Facsimile:  305-824-3868
Email:  radamslaw@bellsouth.net
By:_____ /s/_____
RICHARD JOHN ADAMS, ESQ.
FL BAR NO.: 770434