UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ALEJANDRO ESPINOZA                               CASE NO. **1:24-cv-21951-KMM**

   Plaintiff,

vs.

**SOLSTICE MARKETING CONCEPTS LLC**.
   Defendant,
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, ALEJANDRO ESPINOZA, through undersigned attorney Diego G. Mendez, pursuant to the Federal Rules Civil Procedure files this Notice of Voluntary Dismissal with Prejudice against Defendant.

    Submitted by:

    Mendez Law Offices, PLLC
    Attorneys for Plaintiff
    P.O. BOX 228630
    Miami, Florida 33172
    Telephone: 305.264.9090
    Facsimile: 305.809.8474
    Email: info@mendezlawoffices.com
    By: _____/s/_____
    DIEGO GERMAN MENDEZ, ESQ.
    FL BAR NO.: 52748

**###**